UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                   :

SHAKEMA PHILBERT,                             :

                                                   :          21 Civ. 3119 (PAE)
                      Plaintiff,                :

                                                 :              ORDER
                -v-                                   :

                                                 :

NEW YORK CITY DEPARTMENT OF EDUCATION,  :
et al.,                                                    :

                                               :

                       Defendants.      :

                                               :
------------------------------------------------------------------- X

PAUL A. ENGELMAYER, District Judge:

      On July 21, 2021, the Court approved the parties' proposed briefing schedule in this case, under which the plaintiff could amend her pleadings by September 10, 2021, or, in the alternative, oppose defendants' motion to dismiss by September 24, 2021, and the defendants' reply, if any, was due by October 15, 2021. Dkt. 15. On September 24, 2021, the Court granted *nunc pro tunc* plaintiff's motion for an extension of time to file her second amended complaint, and, in the alternative, to oppose the defendants' motion to dismiss. Dkt. 20.

      On October 8, 2021, plaintiff timely submitted her second amended complaint. Dkt. 22. Defendants are now directed to submit their reply, if any, by October 29, 2021.

      SO ORDERED.

                                                              *Paul A. Engelmayer*
                                                              Paul A. Engelmayer
                                                              United States District Judge

Dated: October 18, 2021
       New York, New York