UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
SHAKEMA PHILBERT,                                                   :
                                                                    :         21 Civ. 3119 (PAE)
                                        Plaintiff,                  :
                                                                    :         ORDER
            -v-                                                     :
                                                                    :
NEW YORK CITY DEPARTMENT OF EDUCATION,                              :
et al.,                                                             :
                                                                    :
                                        Defendants.                 :
                                                                    :
------------------------------------------------------------------- X

PAUL A. ENGELMAYER, District Judge:

On July 21, 2021, the Court approved the parties' proposed briefing schedule in this case, under which the plaintiff could amend her pleadings by September 10, 2021, or, in the alternative, oppose defendants' motion to dismiss by September 24, 2021, and the defendants' reply, if any, was due by October 15, 2021. Dkt. 15. On September 24, 2021, the Court granted *nunc pro tunc* plaintiff's motion for an extension of time to file her second amended complaint, and, in the alternative, to oppose the defendants' motion to dismiss. Dkt. 20.

On October 8, 2021, plaintiff submitted her second amended complaint ("SAC"). Dkt. 22. On October 29, 2021, defendants filed their motion to dismiss the SAC. Dkt. 24. On November 11, 2021, plaintiff submitted a memorandum of law in opposition to the motion to dismiss. Dkt. 27.

Defendants are directed to file their reply, if any, by November 19, 2021. There will be no further submissions on the motion to dismiss.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: November 12, 2021
      New York, New York