

January 13, 2022

BY ECF
Honorable Paul A. Engelmayer, United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

        **Re: Shakema Philbert v. New York City Department of Education, et al.,**
        **21-CV-3119 (PAE) (JLC**

Dear Judge Engelmayer:

    This matter is scheduled for a conference with your honor on January 14, 2022. The undersigned have met and conferred. The parties agree to mediate at this time through the Mediation Program of the Southern District of New York and respectfully request that the Court refer this matter for mediation.

    In light of the above, the parties respectfully request that tomorrow's conference be adjourned.

 

Thank you for your attention to this matter.

                Respectfully submitted,

                The St. Paul Law Firm
                /s/Richard St. Paul
                Richard St. Paul, Esq.
                Attorneys for Plaintiff

                New York City Law Department
                /s/ Rachel DiBenedetto
                Rachel DiBenedetto, Esq.
                Attorneys for Defendant

Granted.  The initial pretrial conference scheduled for tomorrow is adjourned *sine die*. By separate order, the Court will refer this case to the District's mediation program.  The Court reminds counsel to read orders issued by the Court in full and to timely submit required materials.

            SO ORDERED.

                          _____
                          PAUL A. ENGELMAYER
                          United States District Judge
                          1/13/22