UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SHAKEMA PHILBERT,

                              Plaintiff,

          -v-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                             Defendant.

------------------------------------------------------------------X

21 Civ. 3119 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

        On July 5, 2022, the Court scheduled an initial pretrial conference for August 4, 2022 and ordered the parties to take several actions in preparation for the conference by July 29, 2022. Dkt. 38. On July 22, 2022, the Court rescheduled the conference for another time on the same day. Dkt. 39. As of August 3, 2022, the Court has not received from the parties a Proposed Civil Case Management Plan, Scheduling Order, or a joint letter, as directed at Dkt. 38.

        Due to the lack of required preparation by the parties, the Court therefore reschedules the Initial Pretrial Conference for August 11, 2022 at 4 p.m. and orders the parties to submit the requested materials by August 8, 2022. The Court reminds the parties that failure to comply with a court order may result in dismissal of this case.

        SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: August 3, 2022
       New York, New York