UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAKEMA PHILBERT,<br><br>       Plaintiff,<br><br>    -against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>       Defendant. | 1:21-cv-03119 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  IT IS HEREBY ORDERED that the previously scheduled case management deadlines remain in place and a Case Management Conference shall be held on **January 19, 2023 at 10:00 a.m.** The parties shall refer to and comply with Judge Rochon's Individual Rules of Practice in Civil Cases. By separate order today, the Court has referred this case to Magistrate Judge Cott for purposes of settlement proceedings to take place at or around the close of fact discovery as requested by the parties.

Dated: October 5, 2022
    New York, New York

                  SO ORDERED.

                  *Jennifer Rochon*
                  JENNIFER L. ROCHON
                  United States District Judge