UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
SHAKEMA PHILBERT,

                                                    Plaintiff,

                                                                                        **DEFENDANT'S NOTICE**
                              -against-                                                **FOR MOTION FOR**
                                                                                           **SUMMARY JUDGMENT**

CITY OF NEW YORK, NEW YORK CITY                     21-cv-3119 (PAE)(JLC)
DEPARTMENT OF EDUCATION, CAMILLE
FORBES, and KERIANNE HARRISON,

                                                  Defendants.
------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that upon the annexed Defendant's Statement of Material Facts Pursuant to Rule 56.1 of the Local Rules of this Court, dated May 23, 2023, the accompanying Declaration of Assistant Corporation Counsel Rachel M. DiBenedetto, dated May 23, 2023, and the exhibits annexed thereto, the accompanying Memorandum of Law in Support of Defendant's Motion for Summary Judgment, dated May 23, 2023, and upon all the prior pleadings and proceedings herein, Defendant will move this Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007-1312, before the Honorable Jennifer L. Rochon, United States District Judge, at a time and date to be designated by the Court, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting Defendant complete summary judgment dismissing all claims in this action.

Dated:  New York, New York
           May 23, 2023

                                                                 **HON. SYLVIA O. HINDS-RADIX**
                                                                 Corporation Counsel of the City of New York
                                                                Attorney for Defendant Department of Education
                                                                100 Church Street, Room 2-171
                                                                New York, New York 10007
                                                                (212) 356-5031
                                                                rdibened@law.nyc.gov

-2-

                                                /s/
                            Rachel M. DiBenedetto
                            Assistant Corporation Counsel

CC: **Richard St. Paul (by ECF and email)**