

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Rachel M. DiBenedetto<br>Labor and Employment Law Division<br>phone: (212) 356-5031<br>email: rdibened@law.nyc.gov |

May 23, 2023

**BY ECF**
Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:   Philbert v. Dep't of Education, et al.
              Civil Action No.: No. 21-cv-3119 (JLR) (JLC)
              Law Dept. No.: 2021-010250

Dear Judge Rochon:

        I am the Assistant Corporation in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, assigned to represent Defendant, Department of Education in the above-referenced matter.

        Defendant's counsel attempted to obtain Plaintiff's version of undisputed material facts in support of its motion for summary judgment to incorporate into a joint statement of material facts as per the Court's order on five separate occasions via email between May 11, 2023 and May 19, 2023 and received no response from Plaintiff's counsel concerning defense counsel's requests. On May 22, 2023, at approximately 2:00 PM, Plaintiff's counsel requested defense counsel's proposed joint facts. Defense counsel provided Plaintiff's counsel with the proposed facts however, informed Plaintiff's counsel that due to a previously scheduled court appearance in the afternoon, she intends to file Defendant's motion for summary judgment prior to 2:00 PM on May 23, 2023. Given the timing, defense counsel requested that Plaintiff's counsel provide any additional proposed edits or edits by end of business day to have sufficient time incorporate any changes prior to filing. Plaintiff's counsel advised that 5 PM is not possible and as of this filing, has not provided any feedback

                                            Respectfully submitted,

                                            By:   /s/ Rachel DiBenedetto
                                                      Rachel DiBenedetto
                                                      Assistant Corporation Counsel

cc:    Richard St. Paul (By ECF)
        Attorney for Plaintiff