UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

SHAKEMA PHILBERT,

                                            Plaintiff,

      -against-

CITY OF NEW YORK, NEW YORK CITY
DEPARTMENT OF EDUCATION, CAMILLE
FORBES, and KERIANNE HARRISON,

                                           Defendants.

**DECLARATION IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

21-cv-3119 (PAE)(JLC)

------------------------------------------------------------------------ x

        **Rachel M. DiBenedetto** declares, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the following is true and correct:

        1.     I am an Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix of the City of New York, attorney for Defendant, Department of Education ("DOE"),[1] in the above-referenced action. This declaration is in support of Defendant's motion for summary judgment, on all of Plaintiff's causes of action, pursuant to of the Federal Civil Procedure Rule 56(b), to place before the Court the documents annexed hereto as Exhibits "A" to "Z."

        2.     Annexed hereto as Exhibit "A" is copy of Plaintiff's Annual Professional Performance Review (2011).

        3.     Annexed hereto as Exhibit "B" is a copy of Plaintiff's Extension of Probation Agreement, dated May 22, 2014.

---

[1] In a Decision and Order dated January 7, 2022, Judge Engelmayer dismissed the City of New York, Camille Forbes, and Kerianne Harrison from this matter. See Decision and Order, ECF Dkt. No. 1, at p. 45.

4. Annexed hereto as Exhibit "C" is a copy of Plaintiff's Extension of Probation Agreement, dated March 31, 2015.

5. Annexed hereto as Exhibit "D" is a copy of the relevant portions of Plaintiff's deposition transcript taken February 7, 2023.

6. Annexed hereto as Exhibit "E" is a copy of the Memorandum of Agreement entered into between the Board of Education of the City School District of the City of New York and the United Federation of Teachers (2018-2019).

7. Annexed hereto as Exhibit "F" is a copy the Memorandum of Agreement entered into between the Board of Education of the City School District of the City of New York and the United Federation of Teachers (2019-2020).

8. Annexed hereto as Exhibit "G" is a copy of Plaintiff's MOTP Score, dated June 22, 2017 (2017-2018).

9. Annexed hereto as Exhibit "H," is copy of Plaintiff's Extension of Probation Agreement, dated April 11, 2017.

10. Annexed hereto as Exhibit "I," is copy of Plaintiff's Attendance Form For Advance-Rated Teachers.

11. Annexed hereto as Exhibit "J," is copy of Plaintiff's Extension of Probation Agreement, dated April 18, 2018.

12. Annexed hereto as Exhibit "K," is copy of Plaintiff's MOTP Score (2018-2019).

13. Annexed hereto as Exhibit "L," is copy of Plaintiff's Historic Data.

14. Annexed hereto as Exhibit "M," Feedback Email to Plaintiff, dated October 25, 2018.

15. Annexed hereto as Exhibit "N," is copy of Plaintiff's Annual Professional Performance Review (APPR) (2018-2019).

16. Annexed hereto as Exhibit "O," is copy of a Feedback Email to Plaintiff, dated November 27, 2018.

17. Annexed hereto as Exhibit "P," is copy of a Feedback Email to Plaintiff, dated December 10, 2018.

18. Annexed hereto as Exhibit "Q," is copy of a Feedback Email to Plaintiff, dated December 11, 2018.

19. Annexed hereto as Exhibit "R," is copy of a Feedback Email to Plaintiff, dated January 10, 2019.

20. Annexed hereto as Exhibit "S," is copy of an Email to Plaintiff, dated April 14, 2019.

21. Annexed hereto as Exhibit "T," is copy of an Email to Plaintiff, dated April 29, 2019.

22. Annexed hereto as Exhibit "U," is copy of the Chancellor Regulation C-601.

23. Annexed hereto as Exhibit "V," is a copy of an Email to Principal Harrison dated June 10, 2019.

24. Annexed hereto as Exhibit "W," is a copy of Plaintiff's Denial of Certification of Completion of Probationary Employment

25. Annexed hereto as Exhibit "X," is a copy of an Email to Principal Harrison, dated June 25, 2019 (6:45 AM).

26. Annexed hereto as Exhibit "Y," is a copy of an Email to Plaintiff, dated June 25, 2019 (8:41 AM).

27. Annexed hereto as Exhibit "Z," is a copy of an Email to Plaintiff, dated June 25, 2019 (2:25 PM).

28. The foregoing documents which were maintained in the ordinary course of Defendant's business; documents exchanged between the parties in discovery; were publicly available; and are relevant portions of deposition testimony of Shakema Philbert ("Plaintiff" or "Pl.'s Dep."). These documents are relied on and cited in Defendant's Local Civil Rule 56.1 Statement of Undisputed Material Facts submitted herewith in support of Defendant's summary judgment motion.

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: New York, New York
       May 23, 2023

**HON. SYLVIA O. HINDS-RADIX**
Corporation Counsel of the City of New York
Attorney for Defendant Department of Education
100 Church Street, Room 2-171
New York, New York 10007
(212) 356-5031
rdibened@law.nyc.gov

_/s/_
Rachel M. DiBenedetto
Assistant Corporation Counsel