**NewYork-Presbyterian**
University Hospitals of Columbia and Cornell

# ED PATIENT DISCHARGE INSTRUCTIONS
## Milstein Emergency Department

| | | | |
|---|---|---|---|
| **Patient Name:** | PHILBERT, SHAKEMA | **MRN:** | 695 29 06 |
| | | **Visit Number:** | 000059347 931 |
| **Date of Birth:** | 28-Dec-1981 | **Visit Date and Time:** | 08/22/2017 22:27 |
| **ED Attending MD:** | Velasquez, Anthony Eli | **Discharge Date and Time:** | 08/23/2017 11:07 |

### Discharge Instructions Given:
Constipation, Adult - 08/23/2017

### Follow-Up Instructions:

**Follow-Up Location**
Follow-up with your Primary Care Physician - Call for Appointment.

**Primary Physician**   within 5 days.

**Special Instructions**   Stay well hydrated.
PLEASE NOTE that this emergency evaluation is INCOMPLETE until you have, at a minimum, reviewed all symptoms and final test results with a physician that will provide ongoing care for you. THANK YOU for allowing us to help begin your care of this latest issue. BEST WISHES for a rapid recovery.

Return to Emergency Department for persistent, worsening, or new symptoms

### Radiology:
No major radiology tests were performed in this visit

### Pending Labs:
Urine Culture
Certain cultures, genetics tests, and other potentially sensitive tests may not be displayed.

### Procedures:
No major procedures were performed in this visit

Please join www.mynyp.org to get your results online

Page 1 of 2

Requested: 08/23/2017   By: Todman, Raleigh W (MD)

**-Presbyterian**
University Hospitals of Columbia and Cornell

# ED PATIENT DISCHARGE INSTRUCTIONS

| | | | |
|---|---|---|---|
| **Patient Name:** | PHILBERT, SHAKEMA | **MRN:** | 695 29 06 |
| | | **Visit Number:** | 000059347 931 |
| **Date of Birth:** | 28-Dec-1981 | **Visit Date and Time:** | 08/22/2017 22:27 |
| **ED Attending MD:** | Velasquez, Anthony Eli | **Discharge Date and Time:** | 08/23/2017 11:07 |

**Patient Signature:**

I Have fully understood what was explained to me:

X_____
Patient or Guardian Signature
PHILBERT, SHAKEMA

Signature acknowledges that Patient and/or Guardian has received this instructions and understands them. Patient and/or Guardian also understands that he/she should follow up with his/her primary care physician once discharged.

---

**Discharge Instructions**

• TO PATIENT:
THIS EXAMINATION AND TREATMENT WHICH YOU HAVE RECEIVED HAS BEEN ON AN EMERGENCY BASIS ONLY AND HAS NOT BEEN INTENDED TO BE A SUBSTITUTE OR REPLACEMENT FOR COMPLETE MEDICAL CARE. FOR YOUR PROTECTION AND TO PREVENT POSSIBLE COMPLICATIONS, IT IS SUGGESTED YOU FOLLOW THE RECOMMENDATIONS CHECKED BELOW.

X-RAYS
The interpretation of your X-rays and other radiological test at the time of your visit to the Emergency Department is a preliminary report. Radiological tests are reviewed before a final report is issued. You will be notified if there is a change in diagnosis. If your symptoms persist or worsen you should return to the Emergency Department. Additional studies may be necessary as some abnormalities become apparent at a later time.

---


**EmblemHealth**

Information valid as of 1/3/2018 1:29 PM

You are here: EmblemHealth > Providers > myEmblemHealth > Eligibility Details

## PPO/EPO Medical Eligibility (as of 01/03/2018)

< Back

Please note: Previous Date searches apply to HIP member searches only.

**Medical Eligibility Details for Member 932233255**

**Benefits**

**Benefit Details**

| | |
|---|---|
| **Member Name:** | Shakema Philbert |
| **ID#** | 932233255 |
| **DOB:** | 12/28/1981 |
| **Plan Effective Date:** | 09/06/2011 |
| **Relation to Insured** | Subscriber - Female |
| **Plan:** | CBP |
| **Network:** | |
| **LOB:** | |
| **Eligibility Status:** | Inactive |
| **Termination Date:** | 09/06/2017 |
| **Demographic Information:** | 552 W 161st St<br>New York, NY 10032-6201 |
| **Managing Entity:** | GHI |
| **Medical Center/Network ID#:** | |
| **COB:** | |
| **Employer Group:** | |
| **PHR:** | No |

**Benefit Limits**

< Back

Receipt

**Highline Orthopedics**
16 Park Place
New York, NY 10007-0000
Tel: 212-235-1692

Date: 04/28/17 12:42:11

Cardholder:
Card Number: xxxxxxxxxxxxx2917
Card Type: Visa
AVS Street:
AVS Zip:
Type: Credit Card Sale
Ref #: 1520802911
Auth Code: 786405
Description: COPAY

```
        AMOUNT:  30.00
           TAX:   0.00
      ================
         TOTAL:  30.00
```

X_____

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT

1520802911

**Highline Orthopedics**
16 Park Place
New York, NY 10007-0000
Tel: 212-235-1692

Date: 04/28/17 13:25:39

Cardholder: shakema philbert
Card Number: xxxxxxxxxxxxx3472
Card Type: Visa
AVS Street:
AVS Zip:
Type: Credit Card Sale
Ref #: 1520875767
Auth Code: 028253
Description: waterproof cast

```
AMOUNT:  50.00
   TAX:   0.00
================
 TOTAL:  50.00
```

X_____
shakema philbert

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT

**Highline Orthopedics**
**16 Park Place**
**New York, NY 10007-0000**
**Tel: 212-235-1692**

Date: 05/12/17 13:30:30

Cardholder: shakema philbert
Card Number: xxxxxxxxxxxxx2917
Card Type: Visa
AVS Street:
AVS Zip:
Type: Credit Card Sale
Ref #: 1537587053
Auth Code: 765987
Description: COPAY

AMOUNT: 30.00
TAX: 0.00
-------------------
TOTAL: 30.00

X_____
   shakema philbert

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT

```
Highline Orthopedics
    16 Park Place
New York,NY 10007-0000
  Tel: 212-235-1692
```

Date: 06/23/17 13:38:31

Cardholder: shakema philbert
Card Number: xxxxxxxxxxxxx2917
Card Type: Visa
AVS Street:
AVS Zip:
Type: Credit Card Sale
Ref #: 1585338981
Auth Code: 609167
Description: COPAY

```
        AMOUNT:  30.00
           TAX:   0.00
        ===============
         TOTAL:  30.00
```

X_____
         shakema philbert

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT

Receipt

**Highline Orthopedics**
**16 Park Place**
**New York, NY 10007-0000**
**Tel: 212-235-1692**

Date: 07/28/17 11:54:26

Cardholder: shakema philbert
Card Number: xxxxxxxxxxxx0317
Card Type: Visa
AVS Street:
AVS Zip:
Type: Credit Card Sale
Ref #: 1624179580
Auth Code: 02811B
Description: COPAY

```
          AMOUNT:  30.00
             TAX:   0.00
          ===============
           TOTAL:  30.00
```

X_____
       shakema philbert

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER
AGREEMENT

# HIGHLINE ORTHOPAEDICS, PLLC

16 PARK PLACE
NEW YORK, NY, 10007-2504
212-235-1692

| | | | |
|---|---|---|---|
| Merchant ID: | 8031672655 | Transaction type: | PURCHASE |
| Approval code: | 07116B | Date/time: | 08/11/2017 05:42 PM EDT |
| Record number: | 98 | Type: | Visa |
| Trace number: | 310095 | Account number: | ************0317 |
| Transaction reference number: | 811214237 CHIP | Cardholder name: | SHAKEMA PHILBERT |
| Transaction identifier: | 307223781570028 | Patient identifier: | 252 |
| Application Label: | CHASE VISA | | |
| TC: | F0A248C9AFFA0944 | | |
| TVR: | 0080008000 | | |
| AID: | A0000000031010 | | |

Subtotal: 50.00
Sales Tax: 0.00

Total: 50.00

(customer copy)

## HIGHLINE ORTHOPAEDICS, PLLC

please send payments to:
HIGHLINE ORTHOPAEDICS PLLC
PO BOX 21626
BELFAST, ME 04915-4113
billing phone: (917) 450-6986

department of service:
TRIBECA OFFICE
16 PARK PLACE
NEW YORK, NY 10007-2504
dept phone: (212) 235-1692

printed
08/11/2017 05:42 PM

| GUARANTOR NAME AND ADDRESS | PATIENT # | PATIENT NAME | PROVIDER | DATE | DEPARTMENT |
|---|---|---|---|---|---|
| SHAKEMA PHILBERT<br>552 WEST 161ST, APT 3<br>NEW YORK, NY 10032 | 252 | SHAKEMA PHILBERT | MARK J. MOHRMANN, MD | 08/11/2017 | TRIBECA OFFICE |

| DOB. | TELEPHONE | CURRENT INSURANCE | CERTIFICATE# | AUTH# |
|---|---|---|---|---|
| 12/28/1981 | (917) 679-0329 | GHI (PPO) | *****3255 | |

**CHARGES CREATED ON 08/11/2017**

| Date of Service | Diagnosis Codes | Procedure Code | Description | Original Insurance Plan | Supervising Provider | Amount |
|---|---|---|---|---|---|---|
| 08/11/2017 | | 99213 | EVALUATION AND MANAGEMENT_OFFICE VISIT - ESTABLISHED LEVEL 3 | CURRENT | MARK MOHRMANN | $251.52 |
| | | | | | | $251.52 |

Total Charge Amount

**PAYMENTS ON 08/11/2017**

| Post Date | Date of Service | Diagnosis Codes | Procedure Code | Original Insurance Plan | Supervising Provider | Reason For Payment | Method of Payment | Amount |
|---|---|---|---|---|---|---|---|---|
| 08/11/2017 | | | | *SELF PAY* [0] | | Other | MC/VISA ************0317 | $50.00 |
| | | | | | | | | $50.00 |

Total Payment Amount

HIGHLINE ORTHOPAEDICS, PLLC
16 PARK PLACE
NEW YORK, NY, 10007-2504
212-235-1692

Merchant ID: 8031672655
Approval code: 03572B
Record number: 94
Trace number: 418129
Transaction reference number: 811210452 CHIP
Transaction identifier: 587223758922254
Application Label: CHASE VISA
TC: 16EFBEB2CCCB870B
TVR: 0080008000
AID: A0000000031010

Transaction type: PURCHASE
Date/time: 08/11/2017 05:04 PM EDT
Type: Visa
Account number: ************0317
Cardholder name: SHEKEMA PHILBERT
Patient identifier: 252

Subtotal: 30.00
Sales Tax: 0.00

Total: 30.00

(customer copy)

**HIGHLINE ORTHOPAEDICS, PLLC**

please send payments to:
HIGHLINE ORTHOPAEDICS PLLC
PO BOX 21626
BELFAST, ME 04915-4113
billing phone: (917) 450-6986

department of service:
TRIBECA OFFICE
16 PARK PLACE
NEW YORK, NY 10007-2504
dept phone: (212) 235-1692

printed
08/11/2017 05:04 PM

| GUARANTOR NAME AND ADDRESS | PATIENT # | PATIENT NAME | PROVIDER | DATE | DEPARTMENT |
|---|---|---|---|---|---|
| SHAKEMA PHILBERT<br>552 WEST 161ST, APT 3<br>NEW YORK, NY 10032 | 252 | SHAKEMA PHILBERT | MARK J. MOHRMANN, MD | 08/11/2017 | TRIBECA OFFICE |
| | DOB.<br>12/28/1981 | TELEPHONE<br>(917) 679-0329 | CURRENT INSURANCE<br>GHI (PPO) | CERTIFICATE#<br>*****3255 | AUTH# |

**PAYMENTS ON 08/11/2017**

| Post Date | Date of Service | Diagnosis Codes | Procedure Code | Original Insurance Plan | Supervising Provider | Reason For Payment | Method of Payment | Amount |
|---|---|---|---|---|---|---|---|---|
| 08/11/2017 | | | | *SELF PAY*<br>[0] | | Payment for Todays Service | MC/VISA<br>************0317 | $30.00 |
| | | | | | | | | $30.00 |

Total Payment Amount

**HIGHLINE ORTHOPAEDICS, PLLC**
245 EAST 84 STREET
NEW YORK, NY, 10028-2973
212-235-1692

| | | | |
|---|---|---|---|
| Merchant ID: | 8031672671 | Transaction type: | PURCHASE |
| Approval code: | 08373B | Date/time: | 08/14/2017 03:29 PM EDT |
| Record number: | 143 | Type: | Visa |
| Trace number: | 423474 | Account number: | ************0317 |
| Transaction reference number: | 814192945 CHIP | Cardholder name: | SHAKEMA PHILBERT |
| Transaction identifier: | 307226701858212 | Patient identifier: | 252 |
| Application Label: | CHASE VISA | | |
| TC: | 90C733AC65F0C5B2 | | |
| TVR: | 0080008000 | | |
| AID: | A0000000031010 | | |

Subtotal: 30.00
Sales Tax: 0.00

Total:  30.00

(customer copy)

please send payments to:
HIGHLINE ORTHOPAEDICS PLLC
PO BOX 21626
BELFAST, ME 04915-4113
billing phone: (917) 450-6986

department of service:
UPPER EAST OFFICE
245 EAST 84TH STREET
NEW YORK, NY 10028-2973
dept phone: (212) 235-1692

printed 08/14/2017
03:29 PM

**HIGHLINE ORTHOPAEDICS, PLLC**

GUARANTOR NAME AND ADDRESS
SHAKEMA PHILBERT
552 WEST 161ST, APT 3
NEW YORK, NY 10032

PATIENT # : 252
PATIENT NAME: SHAKEMA PHILBERT
DOB.: 12/28/1981
TELEPHONE: (917) 679-0329

PROVIDER: MARK J. MOHRMANN, MD
DATE: 08/14/2017
DEPARTMENT: UPPER EAST OFFICE

CURRENT INSURANCE: GHI (PPO)
CERTIFICATE# ****3255
AUTH#

**PAYMENTS ON 08/14/2017**

| Post Date | Date of Service | Diagnosis Codes | Procedure Code | Original Insurance Plan | Supervising Provider | Reason For Payment | Method of Payment | Amount |
|---|---|---|---|---|---|---|---|---|
| 08/14/2017 | | | | *SELF PAY* [0] | | Copay | MC/VISA ************0317 | $30.00 |
| | | | | | | | | $30.00 |

Total Payment Amount

# HIGHLINE ORTHOPAEDICS, PLLC
245 EAST 84 STREET
NEW YORK, NY, 10028-2973
212-235-1692

| | | | |
|---|---|---|---|
| Merchant ID: | 8031672671 | Transaction type: | PURCHASE |
| Approval code: | 04360B | Date/time: | 08/24/2017 01:28 PM EDT |
| Record number: | 400 | Type: | Visa |
| Trace number: | 608258 | Account number: | ************0317 |
| Transaction reference number: | 824172811 | Cardholder name: | SHAKEMA PHILBERT |
| Transaction identifier: | 587236628913461 | Patient identifier: | 252 |

Subtotal: 30.00
Sales Tax: 0.00

Total: 30.00

(customer copy)

**HIGHLINE ORTHOPAEDICS, PLLC**

please send payments to:
HIGHLINE ORTHOPAEDICS PLLC
PO BOX 21626
BELFAST, ME 04915-4113
billing phone: (917) 450-6986

department of service:
UPPER EAST OFFICE
245 EAST 84TH STREET
NEW YORK, NY 10028-2973
dept phone: (212) 235-1692

printed 08/24/2017 01:28 PM

GUARANTOR NAME AND ADDRESS
SHAKEMA PHILBERT
552 WEST 161ST, APT 3
NEW YORK, NY 10032

PATIENT #: 252
PATIENT NAME: SHAKEMA PHILBERT
DOB: 12/28/1981
TELEPHONE: (917) 679-0329

PROVIDER: MARK J. MOHRMANN, MD
CURRENT INSURANCE: GHI (PPO)

DATE: 08/24/2017
DEPARTMENT: UPPER EAST OFFICE
CERTIFICATE#: *****3255
AUTH#:

**PAYMENTS ON 08/24/2017**

| Post Date | Date of Service | Diagnosis Codes | Procedure Code | Original Insurance Plan | Supervising Provider | Reason For Payment | Method of Payment | Amount |
|---|---|---|---|---|---|---|---|---|
| 08/24/2017 | | | | *SELF PAY* [0] | | Copay | MC/VISA ************0317 | $30.00 |
| | | | | | | | $30.00 | |

Total Payment Amount

**DIANE COLLINS, PT, CHT**
326 E. 34TH ST
NEW YORK, NY 10016
2126892680

Cashier: Employee

Transaction 002471

Total                          $25.00
DEBIT CARD SALE        $25.00

Retain this copy for statement validation

22-Nov-2017 10:26:16A
$25.00 | Method: EMV
US DEBIT XXXXXXXXXXXX2917
SHAKEMA PHILBERT
Ref #: 732600508420
Auth #: 052421
MID: ********0885
AID: A0000000980840
AthNtwkNm: VISA
RtInd:CREDIT
SIGNATURE VERIFIED

Online: https://clover.com/p/
QM65MMG7WT4ZM

Manhatta...          .C

Philbert

| Splint | Qty. | Price | |
|---|---|---|---|
| **Custom Splints:** | | | |
| Digit Splint | | | |
| Hand Based | | | |
| Wrist Control | | | |
| Thumb Spica | | | |
| Ulnar/Radial Gutter | | | |
| Dorsal Hoods | | | |
| Elbow Splints | | | |
| Merit Components | | | |
| **Pre Fabricated Splints:** | | | |
| LMB extension/flexion | | 30.00 | |
| Wrist control | | 35.00 | |
| Thumb Spica | | 35.00 | |
| Neoprene w/ thumb | | 30.00 | |
| Neoprene wrist | | 15.00 | |
| Neoprene CMC splint | | 35.00 | |
| Elbow pad | | 13.00 | |
| Buddy Strap | | 5.00 | |
| Other | | | |

Subtotal: 2
Copay: 25
Total: 25
Paid: 0
Balance:
Date: 11/22/17

Diane Collins, PT, CHT

| Patient: | | | S. Philbert | | |
|---|---|---|---|---|---|
| Product | QTY. | Price | Splint | Qty. | Price |

**DIANE COLLINS, PT, CHT**
326 E. 34TH ST
NEW YORK, NY 10016
2126892680

Cashier: Employee

Transaction **002486**

Total                              $25.00

DEBIT CARD SALE          $25.00

*[signature]*

SHAKEMA PHILBERT

I agree to pay the above amount per the cardholder and/or merchant agreement

30-Nov-2017 12:02:02P
$25.00 | Method: EMV
US DEBIT XXXXXXXXXXXX2917
SHAKEMA PHILBERT
Ref #: 733400508570
Auth #: 008510
MID: ********0885
AID: A0000000980840
AthNtwkNm: VISA
RtInd: CREDIT

Online: https://clover.com/p/
P3RD14RA5G4WG
Merchant Copy

| Splint | Qty. | Price |
|---|---|---|
| **Custom Splints:** | | |
| Digit Splint | | |
| Hand Based | | |
| Wrist Control | | |
| Thumb Spica | | |
| Ulnar/Radial Gutter | | |
| Dorsal Hoods | | |
| Elbow Splints | | |
| Merit Components | | |
| **Pre Fabricated Splints:** | | |
| LMB extension/flexion | | 30.00 |
| Wrist control | | 35.00 |
| Thumb Spica | | 35.00 |
| Neoprene w/ thumb | | 30.00 |
| Neoprene wrist | | 15.00 |
| Neoprene CMC splint | | 35.00 |
| Elbow pad | | 13.00 |
| Buddy Strap | | 5.00 |
| Other | | |
| Subtotal: | | |
| Copay: 25 | | |
| Total: 25 | | |
| Paid: 25 | | |
| Balance: 0 | | |
| Date: 11/30/17 | | |
| Diane Collins, PT, CHT | | |