**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
SHAKEMA PHILBERT,

                Plaintiff,                              21 **CIVIL** 3119 (JLR)

      -against-                                 **JUDGMENT**

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.
-------------------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order and Opinion dated February 23, 2024, Defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
          February 26, 2024

                                                    **RUBY J. KRAJICK**
                                                    **Clerk of Court**

                                    **BY:**
                                                    **Deputy Clerk**